UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.                                             CASE NO.: 4:03-CR-41-SPM

ANGELO BARKER,

    Defendant.
_____/

**ORDER DENYING MOTION TO REDUCE UNDER 18 U.S.C. § 3582**

This cause comes before the Court on Defendant's motion (doc. 60) to reduce his sentence under the retroactive crack cocaine amendment (Amendments 706 and 711) and 18 U.S.C. § 3582(c) and to appoint counsel (doc. 59).

Upon review, the Court finds that Defendant is not entitled to a sentence reduction because application of the guideline amendment results in no change to his sentencing range. Defendant was subject to a statutory mandatory minimum sentence, which determined his sentencing range. Because Defendant's sentencing range remains the same under the amended guidelines, he is not eligible for a reduction. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.    Defendant's motion to reduce sentence (doc. 60) is hereby ***denied***.

2.    Defendant's motion to appoint counsel (doc. 59) is hereby ***denied***.

**DONE AND ORDERED** this <u>twelfth</u> day of May, 2008.

                          *s/ Stephan P. Mickle*
                          Stephan P. Mickle
                          United States District Judge